UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES AZZARA, JACQUES R. DANTEC, WARREN S. INMAN, DONALD PINGER, MICHAEL SYBAL, FRANCISCO TORRES, and JULIE TORRES, individually and on behalf of other similarly situated individuals,<br><br>                      Plaintiffs,<br><br>- vs -<br><br>BANCTEC, INC.,<br><br>                      Defendant. | CIVIL ACTION NO.<br><br>3:05-CV-855 (MRK)<br><br><br><br><br><br>February 28, 2006 |

**JOINT MOTION TO CONSOLIDATE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(A)**

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, Defendant BancTec, Inc. ("BancTec"), by and through its undersigned counsel, and Plaintiffs James Azzara, Jacques R. Dantec, Warren S. Inman, Donald Pinger, Michael Sybal, Francisco Torres, and Julie Torres, by and through their undersigned counsel, hereby jointly move this Court to consolidate the above-entitled action, Civil Action Number 3:05-CV-855, with another action already pending before this Court, entitled *Reiner v. BancTec, Inc.*, Civil Action Number 3:06-CV-154, for all purposes. In support thereof, the Parties state as follows:

**The *Azzara* action**

1. On May 27, 2005 the plaintiffs in the above captioned action (the "*Azzara* action") commenced this action by filing a complaint (the "Complaint"), alleging, *inter alia*, that

BancTec failed to pay Plaintiffs and other similarly situated individuals properly for time worked over forty hours in a workweek under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the Connecticut Minimum Wage Act, Conn. Gen. Stat. 31-76i ("CMWA");

2. On November 4, 2005 the Court issued a scheduling order, pursuant to Rule 16 of the Federal Rules of Civil Procedure (the "Scheduling Order");

3. On November 15, 2005 Plaintiffs filed a motion to proceed as a collective action, pursuant to Section 216(b) of the FLSA; on December 9, 2005 Defendant opposed that motion;

4. On December 9, 2005 Defendant filed an Amended Answer in which it stated as an affirmative defense that Plaintiffs were and are exempt from overtime requirements of the FLSA and the CMWA pursuant to an exemption in the Motor Carrier Act, 49 U.S.C. §§ 10101 *et seq.* ("MCA"), to the FLSA and CMWA, and Defendant moved for judgment on the pleadings, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, on this basis;

5. On December 29, 2005 Plaintiffs moved to strike portions of Defendant's Amended Answer and on December 30, 2005 opposed Defendant's motion for judgment on the pleadings; and on January 11, 2006 Defendant opposed Plaintiffs' motion to strike;

6. On January 12, 2006 the parties appeared before The Honorable Mark R. Kravitz, United States District Judge, through their undersigned counsel, for a hearing on the pending motions;

7. In a separate order, the Court denied the motions for reasons set forth on the record.

### The *Reiner* action

8.  On June 2, 2005, Robert Reiner filed a separate action entitled *Robert Reiner v. BancTec, Inc.* in the United States District Court for the Western District of New York (hereinafter *"Reiner* action"), and concurrently filed a Consent to Be a Party Plaintiff, or "opt-in notice," for his claims pursuant to Section 216(b) of the FLSA, alleging, *inter alia*, that BancTec failed to pay him and other similarly situated individuals properly for time worked over forty hours in a workweek under the FLSA and the New York Labor Law, Art. 2, § 21, Art. 19, §§ 650 *et seq.*, and its implementing regulations, 12 N.Y.C.R.R. §§ 142-2.2 *et seq.*;

9.  On July 29, 2005 Defendant filed its Answer to the complaint in the *Reiner* action;

10. While the *Reiner* action was pending in the Western District of New York, Patricia Renee Allinger and Robert Anderson filed opt-in notices pursuant to Section 216(b) of the FLSA on October 22 and October 31, 2005, respectively;

11. The parties in the *Reiner* action consented to amendment of their respective pleadings, and on January 23, 2006, the plaintiffs in the *Reiner* action filed an Amended Complaint, which, *inter alia*, alleged class action allegations under the New York Labor Law and its implementing regulations and Federal Rule of Civil Procedure 23;

12. On January 23, 2006 Defendant filed an Amended Answer to the original Complaint, in which it stated as an affirmative defense that the plaintiffs were and are exempt from overtime requirements of the FLSA pursuant to an exemption in the MCA to the FLSA;

13. The parties in the *Reiner* action stipulated to the transfer of the *Reiner* action to the District of Connecticut and on January 24, 2006, the *Reiner* action was transferred from the

United States District Court for the Western District of New York to the United States District Court for the District of Connecticut, where it is currently pending before the Honorable Mark R. Kravitz, United States District Judge;

14. On February 14, 2006 Defendant filed its Answer to the First Amended Complaint in the *Reiner* action;

15. On February 15, Judge Kravitz granted the Joint Motion To Modify Scheduling Order in both the *Azzara* and *Reiner* actions, bringing the *Reiner* plaintiffs under the ambit of a tolling agreement and the scheduling order, as modified, entered in the *Azzara* action.

### The *Azzara* action and the *Reiner* action involve similar parties and common factual and legal issues and should be consolidated

16. The *Reiner* action and the *Azzara* action involve similar purported classes of plaintiffs, the same defendant, and common factual and legal issues pertaining to claims and defenses under the FLSA and to supplemental jurisdiction over state law claims brought under CMWA and New York Labor Law. The parties to the *Reiner* action stipulated to transfer this case to this Court for the express purpose of consolidation with the *Azzara* action;

17. The parties agree that the interests of justice and efficiency require that the *Azzara* action and the *Reiner* action be consolidated before this Court for all purposes pursuant to Federal Rule of Civil Procedure 42(a);

18. The attached Exhibit A is the First Consolidated Complaint which, *inter alia*, incorporates the plaintiffs and the claims of the *Reiner* action into the *Azzara* action;

19. Until and upon consolidation of these matters, the parties to both the *Azzara* action and the *Reiner* action agree that all papers and pleadings currently and thereafter served and filed in either action shall be deemed served and filed in the consolidated action.

WHEREFORE, the Parties respectfully request that this Court consolidate the above-entitled action, Civil Action Number 3:05-CV-855, with Civil Action Number 3:06-CV-154 for all purposes into one action bearing the caption "*James Azzara, Jacques R. Dantec, Warren S. Inman, Donald Pinger, Michael Sybal, Francisco Torres, Julie Torres, Robert Reiner, Patricia Renee Allinger, and Robert Anderson, individually and on behalf of other similarly situated individuals, v. BancTec, Inc.*" under Civil Action Number 3:05-CV-855.

Dated: February 27, 2006.

        Respectfully submitted,

        BANCTEC, INC.

        By: _____
            Zachary D. Fasman, Esq. (*phv* ct0899)
            Kenneth W. Gage, Esq. (ct 12965)
            K. Lesli Ligorner, Esq. (ct 26851)
            Christopher Reilly, Esq. (ct 26818)
        PAUL, HASTINGS, JANOFSKY & WALKER LLP
        1055 Washington Blvd.
        Stamford, CT 06901
        Tel: (203) 961-7400
        Fax: (203) 359-3031
        Email: kennethgage@paulhastings.com

Dated: February 28, 2006            PLAINTIFFS

By: _____
William G. Madsen, Esq. (ct 09853)
Katalin Demitrus (ct _____)
MADSEN, PRESTLEY & PARENTEAU, LLC
44 Capitol Ave., Suite 201
Hartford, CT 06106
Tel: (860) 246-2466
Fax: (860) 246-1794
Email: wmadsen@mppjustice.com

By: _____
Barbara S. Mehlsack (*phv* ct0847)
Dennis Torreggiani (*phv* ct0848)
GORLICK, KRAVITZ & LISTHAUS, P.C.
14 State Street, 4th Floor
New York, NY 10004-1501
Tel: (212) 269-2500
Fax: (212) 269-2540
E-mail: bmehlsack@gkllaw.com


IT IS SO ORDERED.


_____
Hon. Mark R. Kravitz
United States District Judge
Dated this _____ day of February, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------X

JAMES AZZARA, JACQUES R. DANTEC,
WARREN S. INMAN, DONALD PINGER,
MICHAEL SYBAL, FRANCISCO TORRES,
and JULIE TORRES on behalf of themselves :    No. 05-cv-0855 (MRK)
and all others similarly
situated
                    Plaintiffs,
   -against-                           AFFIRMATION OF
                                           SERVICE
BANCTEC, INC.
                    Defendant.     March 1, 2006
-----------------------------------------------------------X

       Dennis Torreggiani, an attorney duly admitted to practice in the courts of the state of New York, hereby affirms the following under penalty of perjury:

       1. That I am over eighteen (18) years of age and reside in Brooklyn, New York.

       2. That I am an associate with the firm of Gorlick, Kravitz and Listhaus PC, 17 State Street, New York, NY 10004, attorney for Plaintiff Donald Pinger in this matter.

       3. That on March 1, 2006 I served a true and correct copy of Plaintiffs First Consolidated Complaint by first class mail upon attorneys for Defendant at:
           K. Lesli Ligorner, Esq.
           Paul, Hastings, Janofsky & Walker LLP
           75 East 55th Street, 1st Floor
           New York, NY 10022

       4. That on March 1, 2006 I served a true and correct copy of Plaintiffs First Consolidated Complaint by electronic mail upon attorneys for Defendant at:
           lesliligorner@paulhastings.com
           kennethgage@paulhastings.com
           zacharyfasman@paulhastings.com
           christopherreilly@paulhastings.com

Dated  New York, New York
         March 1, 2006

                                                            Dennis Torreggiani
                                                            Gorlick, Kravitz & Listhaus, PC
                                                            17 State Street, 4th Floor
                                                            New York, NY 10004
                                                            (212) 269-2540