UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES AZZARA, JACQUES R. DANTE, WARREN S. INMAN, DONALD PINGER, MICHAEL SYBAL, FRANCISCO TORRES, and JULIE TORRES, individually and on behalf of other similarly situated individuals, | : : : : : : : | |
| Plaintiffs, | : | |
| v. | : : | 3:05cv855 (MRK) |
| BANCTEC, INC., | : : | |
| Defendant. | : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_ A ruling on all pretrial motions except dispositive motions

\_\_\_ To supervise discovery and resolve discovery disputes

\_\_\_ A ruling on the following motions which are currently pending: Doc. #[\_\_]

  X  A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

\_\_\_ A conference to discuss the following: _____

\_\_\_ Other: _____

SO ORDERED this 4th day of May, 2006 at New Haven, Connecticut.

/s/    Mark R. Kravitz
United States District Judge