UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES AZZARA, JACQUES R. DANTEC, WARREN S. INMAN, DONALD PINGER, MICHAEL SYBAL, FRANCISCO TORRES, JULIE TORRES, ROBERT REINER, PATRICIA RENEE ALLINGER and ROBERT ANDERSON, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>- vs -<br><br>BANCTEC, INC.,<br><br>                    Defendant. | CIVIL ACTION NO.:<br>3:05-CV-0855 (MRK)<br><br><br><br><br><br><br><br><br><br><br>**Date:** July 17, 2006 |

### DEFENDANT BANCTEC, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56, defendant BancTec, Inc. ("Defendant" or "BancTec") hereby moves this Court for partial summary judgment with respect to: (1) the first through the eleventh causes of action contained in the Consolidated Amended Complaint, filed March 6, 2006 (the "Consolidated Complaint"); and (2) the eighteenth through twenty-third causes of action contained in the Consolidated Complaint. Based upon all prior pleadings and the accompanying Memorandum of Law and all supporting documentation BancTec requests that this Court enter an order dismissing with prejudice the aforementioned causes of action.

**ORAL ARGUMENT REQUESTED**

Dated:   Stamford, Connecticut
            July 17, 2006

PAUL, HASTINGS, JANOFSKY & WALKER, LLP

_____/s/_____
Kenneth W. Gage (ct 12965)
Christopher Reilly (ct 26818)
Allison M. Bogosian (ct 25994)
1055 Washington Boulevard
Stamford, CT  06901
(203) 961-7400 (phone)
(203) 961-3031 (fax)
kennethgage@paulhastings.com

*Attorneys for Defendant*
BancTec, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2006, a copy of the foregoing DEFENDANT BANCTEC, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Kenneth W. Gage

LEGAL_US_E # 71426173.1