# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES AZZARA, JACQUES R. DANTEC, WARREN S. INMAN, DONALD PINGER, MICHAEL SYBAL, FRANCISCO TORRES, JULIE TORRES, ROBERT REINER, PATRICIA RENEE ALLINGER AND ROBERT ANDERSON individually and on behalf of other similarly situated individuals<br><br>Plaintiffs,<br><br>- against -<br><br>BANCTEC, INC.<br><br>Defendant. | CIVIL ACTION NO.<br><br>3:05 CV 855 (MRK)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>FEBRUARY 23, 2007 |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, TO PROCEED AS A CLASS ACTION FOR PURPOSES OF SETTLEMENT ONLY AND TO ISSUE NOTICE TO CLASS MEMBERS

The named Plaintiffs,[1] individually and on behalf of the putative class, and the Defendant, Banctec, Inc. jointly move for an Order (1) granting preliminary approval of the Parties' proposed Joint Stipulation of Settlement and Release ("Settlement Agreement"), a copy of which is attached as Exhibit 1; (2) certifying this matter as a class action for purposes of settlement only under Fed. R. Civ. P. 23 with respect to claims under New

**ORAL ARGUMENT IS REQUESTED; TESTIMONY IS NOT REQUIRED**

---

[1] Julie Torres stipulated to the dismissal with prejudice of her claims on or about August 30, 2006, but the caption has not yet been amended to reflect that she is no longer a party to the Action. Warren S. Inman stipulated to the dismissal with prejudice of his claims on February 23, 2007, but the caption has not been amended to reflect that he no longer is a party to the Action.

York law; (3) approving the form and content of the parties' proposed Notice of Pendency of Class Action and Opportunity to Opt-In, Proposed Settlement and Hearing Date for Court Approval ("Notice of Settlement"), a copy of which is attached as Exhibit A to the Settlement Agreement; (4) approving the form and content of the Parties' proposed Consent to Join Settlement and Claim Form ("Consent Form"), a copy of which is attached as Exhibit B to the Settlement Agreement; approving the Exclusion Form, a copy of which is attached as Exhibit C to the Settlement Agreement; (5) directing the mailing of the Notice of Settlement, Consent Form, and Exclusion Form by first class mail to the Potential Settlement Class members; (6) preliminarily approving the payment to the Class Representatives and an award of attorneys fees to class counsel, as set forth in the Settlement Agreement; (7) scheduling a date for a hearing on the question of whether the proposed settlement should be finally approved as fair, reasonable and adequate as to the Settlement Class.

For the reasons set forth in the attached Memorandum of Law, the Parties submit that the Settlement Agreement is fair, reasonable, adequate and within a range that deserves preliminary approval and notice to the Class.

PLAINTIFFS, James Azzara, Jacques Dantec, Donald Pinger, Michael Sybal, Francisco Torres, Robert Reiner, Patricia Renee Allinger, and Robert Anderson, and all others similarly situated,

By:_____/s/_____
William G. Madsen (ct09853)
Todd Steigman (ct26875)
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
(860) 246-2466- telephone
(860) 246-1794 - facsimile
**wmadsen@mppjustice.com**

By:_____/s/_____
Barbara S. Mehlsack (phv 0847)
**bmehlsack@gkllaw.com**
Dennis Torreggiani (phv 0848)
dtorreggiani@gkllaw.com
Gorlick, Kravitz & Listhaus, P.C.
17 State Street, 4th Floor
New York, New York 10004
Tel. (212) 269-2500
Fax  (212) 269-2540

DEFENDANT, BANCTEC, INC.
By:_____/s/_____
Kenneth W. Gage (ct12965)
Christopher Reilly (ct26818)
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901
Tel.: (203) 961-7400
Fax: (203) 359-3031
kennethgage@paulhastings.com

**CERTIFICATION OF SERVICE**

I hereby certify that on the 23rd day of February, 2007 a copy of foregoing JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, TO PROCEED AS A CLASS ACTION FOR SETTLEMENT PURPOSES ONLY AND TO ISSUE NOTICE TO CLASS MEMBERS was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/
Todd Steigman