# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES AZZARA, JACQUES R. DANTEC, WARREN S. INMAN, DONALD PINGER, MICHAEL SYBAL, FRANCISCO TORRES, JULIE TORRES, ROBERT REINER, PATRICIA RENEE ALLINGER AND ROBERT ANDERSON individually and on behalf of other similarly situated individuals<br><br>Plaintiffs,<br><br>- against -<br><br>BANCTEC, INC.<br><br>Defendant. | CIVIL ACTION NO.<br><br>3:05 CV 855 (MRK) |

## ORDER OF PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION AS A CLASS ACTION FOR PURPOSES OF SETTLEMENT ONLY, AND DIRECTING NOTICE TO CLASS MEMBERS

Upon the motion filed February 23, 2007 by Plaintiffs, individually and on behalf of the putative class, and the Defendant, Banctec, Inc., for an Order granting preliminary approval of the parties' proposed Joint Stipulation of Settlement and Release ("Settlement Agreement") requesting that the Court: (1) grant preliminary approval of the parties' proposed Joint Stipulation of Settlement and Release; (2) certify this matter as a class action for settlement purposes only under Fed. R. Civ. P. 23 with respect to claims under New York law; (3) approve the form and content of the parties' proposed Notice of Settlement and Opportunity to Opt-In; (4) approve the form and content of the parties'

proposed Consent to Join Settlement and Claim Form; (5) approve the proposed Exclusion Form; (6) direct the mailing of the Notice of Settlement, Consent Form, and Exclusion Form by first class mail to the Potential Settlement Class members; (7) preliminarily approve the payment to the Class Representatives and an award of attorneys' fees to Class Counsel, as set forth in the Settlement Agreement; and (8) schedule a date for hearing on the question of whether the proposed settlement should be finally approved as fair, reasonable and adequate as to the Settlement Class.

Upon said Motion and attached Exhibits and Memorandum of Law, and upon the Declarations of Attorneys William G. Madsen and Barbara S. Mehlsack, the Joint Motion: (1) for preliminary approval of the parties' proposed Joint Stipulation of Settlement and Release is GRANTED; (2) to certify this matter as a class action for purposes of settlement only under Fed. R. Civ. P. 23 with respect to claims under New York law is GRANTED; (3) to approve the form and content of the parties' proposed Notice of Settlement and Opportunity to Opt-In is GRANTED;  (4) to approve the form and content of the parties' proposed Consent to Join Settlement and Claim Form is GRANTED; (5) to approve the form and content of the parties' proposed Exclusion Form is GRANTED; (6) to direct the mailing of the Notice of Settlement, Consent Form, and Exclusion Form by first class mail to the Potential Settlement Class members is GRANTED; (7) to approve preliminarily the payment to the Class Representatives and the payment of attorneys' fees to Class Counsel as set forth in the Settlement Agreement is GRANTED; and (8) a hearing on the question of whether the proposed settlement should be finally approved as fair, reasonable and

adequate shall be scheduled for and shall commence on June 13, 2007, at 1:30 p.m. in Courtroom Four, United States District Court, 141 Church Street, New Haven, Connecticut.

                                      IT IS SO ORDERED.

                                      Mark R. Kravitz
                                      United States District Judge

Dated at New Haven, Connecticut: March 7, 2007.