# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES AZZARA, JACQUES R. DANTEC, WARREN S. INMAN, DONALD PINGER, MICHAEL SYBAL, FRANCISCO TORRES, JULIE TORRES, ROBERT REINER, PATRICIA RENEE ALLINGER and ROBERT ANDERSON, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  - against -<br><br>BANCTEC, INC.,<br><br>       Defendant. | CIVIL ACTION NO.<br>3:05-CV-855 (MRK)<br><br><br><br><br><br>DATE: June 7, 2007 |

## DECLARATION OF MARTHA A. DESROCHERS

  I, Martha A. Desrochers, declare under the penalties of perjury of the United States, as follows:

  1. I am over the age of eighteen years and understand the obligations of an oath. I am currently employed as the Senior Contract Administrator for BancTec, Inc., located in Irving, Texas ("BancTec").

  2. This declaration is based upon my personal knowledge.

  3. I have reviewed the regular business records of BancTec to identify all individuals within the definition of the class contained in the Joint Stipulation and Release Between Plaintiffs and BancTec, Inc. ("Stipulation"). I identified eighty-nine individuals who will be referred to herein as the "Class Members."

4.  On April 3, 2007, I sent a Notice of Pendency of Class Action and Opportunity to Opt In, Proposed Settlement and Hearing Date for Court Approval to each of the Class Members at their last known address. The notices were mailed from Irving, Texas via United States Postal Service certified first class mail, with return receipt requested. Each notice also contained a Consent to Join Settlement and Claim Form and an Exclusion Form, as approved by the Court on March 7, 2007.

5.  Of the eighty-nine notices mailed, BancTec received confirmation that seventy-seven Class Members received their notices from the US Postal Service. The remaining twelve notices eventually were returned to BancTec as undeliverable. BancTec was unable to find alternate addresses for two of the notices that were returned as undeliverable. In those instances where notices were returned as undeliverable sufficiently in advance of the claim deadline for BancTec to obtain alternate addresses and mail them again, those notices were re-sent a second and, in some instances, a third time. I located alternate addresses for some Class Members during this process either from the U.S. Postal Service or from on-line search engines.

6.  As of the May 18, 2007 response deadline, BancTec had received thirty-one Consent to Join Settlement and Claim Forms and six Exclusion Forms. On June 5, 2007, BancTec received a Consent to Join Settlement and Claim Form from a Class Member, which was post-marked May 30, 2007.

7.  BancTec is prepared, upon the Court's final approval of the Settlement, to deliver settlement checks in accordance with the terms of the Settlement.

8.  Upon information and belief, to date, BancTec has not received notification of any objections to the settlement.

2

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Martha A. Desrochers

LEGAL_US_E # 75368207.1

3